IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEPHANIE A. BAUER,

                    Plaintiff,                              ORDER

    v.
                                                       25-cv-909-amb

FRANK BISIGNANO
*Commissioner of Social Security*,

                    Defendant.

---

On August 18, 2025, the court granted the parties' joint motion to remand this case. Dkt. 10. Now before the court is the parties' joint motion for an award of attorney fees and other expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412 (EAJA) in the amount of $13,300.56. Dkt. 11.

Hearing no objection from either party, the court GRANTS the motion. Plaintiff is awarded fees and expenses in the amount of $13,300.56 in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the EAJA. These fees are awarded to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If defendant verifies that plaintiff owes no pre-existing debt subject to offset, defendant shall direct that the award be made payable to Ryan Shafer, pursuant to the EAJA assignment duly signed by plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

> Shafer Disability Law, LLC
> Ste 220
> 4422 N. Ravenswood Ave.
> Chicago, IL 60640

Entered April 6, 2026.

BY THE COURT:

/s/

_____

ANITA MARIE BOOR
Magistrate Judge